UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JIMMY DALE SMITH, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) Case No. 4:09CV299 RWS |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that movant's motion for an extension of time [#20] is granted, and movant is given up to and including September 22, 2009 to file his amended motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** that respondent shall file its answer to the amended § 2255 motion no later than forty-five (45) days after the amended § 2255 motion is filed.

**IT IS FURTHER ORDERED** that movant shall file a reply no later than forty-five (45) days after respondent files its reply.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of August, 2009.