UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JIMMY DALE SMITH, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:09CV299 RWS |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before me on petitioner's motion for summary judgment and/or evidentiary hearing. I denied petitioner's § 2255 motion without an evidentiary hearing on February 18, 2011, and petitioner's motion does not convince me that my decision was in error, so I will deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for summary judgment and/or evidentiary hearing [#48] is denied.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of February, 2011.